# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID CHERNICOFF | : | 1:14-cv-1990 |
| Plaintiff, | : | Hon. John E. Jones III |
| v. | : | |
| PINNACLE HEALTH MEDICAL SERVICES | : | |
| Defendant, | : | |

## ORDER

**September 26, 2016**

Presently before this Court is a Motion for Summary Judgment (Doc. 21) filed by Defendant Pinnacle Health Medical Services. In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Summary Judgment (Doc. 21) is **GRANTED** in its entirety.

2. The Clerk of the Court **SHALL CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge
